THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| | |
|---|---|
| TYLER WILLIAM STEVENS,<br><br>                Plaintiff,<br><br>v.<br><br>CENTRAL UTAH ACADEMY et al.,<br><br>                Defendants. | **MEMORANDUM DECISION<br>& DISMISSAL ORDER**<br><br>Case No. 4:22-CV-81-DN<br><br>District Judge David Nuffer |

      As an inmate, Plaintiff filed a civil complaint, (ECF No. 4), and was granted *in forma pauperis* status under 28 U.S.C.S. § 1915 (2022), (ECF No. 3). However, Plaintiff has not followed the Court's November 3, 2022 Order, (*id.*), to file within thirty days "a certified copy of the trust fund account statement . . . for the prisoner for the 6-month period immediately preceding the filing of the complaint . . . obtained from the appropriate official of each prison at which the prisoner is or was confined." *See id.* § 1915(a)(2).

      Accordingly, IT IS ORDERED that--for failure to follow the Court's order and to prosecute this case--Plaintiff's action is DISMISSED without prejudice. *See* DUCivR 41-2. This action is CLOSED.

      DATED this 3rd day of January, 2023.

BY THE COURT:

_____
JUDGE DAVID NUFFER
United States District Court